IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA TOLOY,

    Plaintiff,                          No. CIV S-10-1458 GGH

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendants.                    <u>ORDER TO SHOW CAUSE</u>

_____/

        On July 9, 2010, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form. Although plaintiff filed a "Notice of Submission of Documents" to the United States Marshal for service on July 15, 2010, the U.S. Marshal has no record of the documentation being filed with their office.

        THEREFORE, plaintiff is ordered to show cause, within fourteen (14) days, why this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).

DATED: March 16, 2011

                                       /s/ Gregory G. Hollows
                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

GGH:035 - toloy.osc

1