BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA TOLOY** | Case No. CIV-S-10-1458 GGH |
| **Plaintiff,** | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file the summary judgment is hereby extended to November 14, 2011. Plaintiff's motion was originally due August 29, 2011, but was not timely filed due to counsel's inadvertent failure to calendar the date the motion was due. *See*, Declaration of Bess M. Brewer. This extension is required due to counsel's oversight and impacted briefing schedule.

////

////

////

////

////

1

| | |
|---|---|
| Dated: November 8, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: November 9, 2011 | Benjamin B. Wagner<br>United States Attorney |
| | */s/ David Lerch*<br>DAVID LERCH<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

DECLARATION OF BESS M. BREWER

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Plaintiff's brief was due August 29, 2011. Unfortunately, I failed to calendar the date. This oversight was just brought to my attention and I apologize for my failure to properly calendar the date.

3. Given my briefing schedule, I will need until November 14, 2011, within which to file plaintiff's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on November 8, 2011, in Sacramento, California.

/s/Bess M. Brewer
BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 14, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2