1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
3   Sacramento, CA 95817
    Telephone: (916) 509-7051
4

5   Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

    **REBECCA TOLOY**                    )        **Case No. CIV-S-10-1458 GGH**
11                                       )
                                         )        **STIPULATIONAND**
12                                       )        **ORDER EXTENDING PLAINTIFF'S**
              **Plaintiff,**             )        **TIME TO FILE SUMMARY**
13                                       )        **JUDGEMENT MOTION**
    **v.**                               )
14                                       )
    **MICHAEL J. ASTRUE**                )
15  **Commissioner of Social Security**  )
    **of the United States of America,** )
16                                       )
              **Defendant.**             )
17                                       )
    _____  )
18

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

20  Plaintiff's time to file the  summary judgment is hereby extended to November 14, 2011.   Plaintiff's

21  motion was originally due August 29, 2011, but was not timely filed due to counsel's inadvertent failure

22  to  calendar the date the motion was due.   *See*, Declaration of Bess M. Brewer.   This extension is

23  required due to counsel's oversight and  impacted briefing schedule.

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

                                                1

Dated:  November 8, 2011          */s/Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff

Dated: November 9, 2011           Benjamin B. Wagner

                                  United States Attorney

                                  */s/ David Lerch*
                                  DAVID LERCH
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

DECLARATION OF BESS M. BREWER

1.      I represent the plaintiff in the above referenced case  pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2.      Plaintiff's brief was due August 29, 2011.   Unfortunately, I failed to calendar the date. This oversight was just  brought to my attention and I apologize for my failure to properly calendar the date.

3.      Given my briefing schedule, I will need  until November 14, 2011, within which to file plaintiff's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on November 8, 2011,  in Sacramento, California.


                                  /s/Bess M. Brewer
                                  BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.


DATED: November 14, 2011

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

2