1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID W. LERCH, CA SBN 229411
4  Special Assistant United States Attorney
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone: (415) 977-8936
6       Facsimile: (415) 744-0134
        E-Mail: David.Lerch@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                         **SACRAMENTO DIVISION**
11

12 REBECCA TOLOY                )
                                )    CIVIL NO. 2:10-cv-01458-GGH
13       Plaintiff,             )
                                )
14       v.                     )    STIPULATION AND ORDER TO EXTEND
                                )    TIME TO FILE DEFENDANT'S CROSS-
15                              )    MOTION FOR SUMMARY JUDGMENT
   MICHAEL J. ASTRUE,           )
16 Commissioner of              )
   Social Security,             )
17                              )
         Defendant.             )
18                              )
   _____)
19

20       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22 motion for summary judgment.

23       Counsel for Defendant respectfully requests an extension of time due to his workload, which

24 includes other district court briefs, as well as substantive non-litigation matters.

25       The current due date is December 15, 2011.  The new due date will be January 16, 2012.

26       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27 ////

28 ////

                                                  Respectfully submitted,

Dated: December 5, 2011        /s/*Bess Brewer*
                                          (As authorized via email)
                                          Bess Brewer
                                          Attorney for Plaintiff

Dated: December 5, 2011        BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ *David Lerch*
                                          DAVID LERCH
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                                      <u>ORDER</u>

        APPROVED AND SO ORDERED.

DATED: <u>December 6, 2011</u>

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE