BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| REBECCA TOLOY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-cv-1458-GGH<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Administrative Law Judge (ALJ) will reconsider the opinions of Drs. Kalman and Wong, reassess the Plaintiff's residual functional capacity, and obtain, if necessary, supplemental vocational expert testimony to assist in determining what jobs exist in significant numbers for the claimant given her age, education, vocational factors and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

Dated: January 10, 2012        /s/*Bess Brewer*
                                              (As authorized via e-mail)
                                              Bess Brewer
                                              Attorney for Plaintiff

Dated: January 11, 2012        BENJAMIN B. WAGNER
                                              United States Attorney
                                              DONNA L. CALVERT
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              /s/ *David Lerch*
                                              DAVID LERCH
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: <u>January 12, 2012</u>

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE